# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0082
_____

BOBBY JACK SMITH,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Bay County.
Timothy Register, Judge.

August 28, 2024

PER CURIAM.

Bobby Jack Smith appeals following a conviction for burglary without a weapon, carrying a concealed weapon, and resisting arrest without violence. Based on our review of the record, we affirm the judgment and sentence.[*] Further, we affirm the trial court's imposition of costs under section 938.27(8), Florida Statutes. *See Parks v. State*, 371 So. 3d 392, 393 (Fla. 1st DCA 2023).

AFFIRMED.

_____

[*] *See Anders v. California*, 386 U.S. 738 (1967).

ROBERTS, WINOKUR, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Jessica J. Yeary, Public Defender, and Kasey Lacey, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Christina Piotrowski, Assistant Attorney General, Tallahassee, for Appellee.